UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY CARL LUNGBERG,<br><br>    Petitioner,<br><br>    v.<br><br>LARRY SCRIBNER, Warden,<br><br>    Respondent. | No. EDCV 07-1521-GAF (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 8, 2011

GARY A. FEESS
UNITED STATES DISTRICT JUDGE